UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BAY SHORE UNION FREE SCHOOL DISTRICT,

                Plaintiff,

   -against-

T., on behalf of his son, R.,

                Defendants.
-------------------------------------------------------------------X

JUDGMENT
05-CV-1312 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 19 2006 ★
BROOKLYN OFFICE

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 29, 2005, dismissing plaintiff's school district's appeal; affirming the decision of the State Review Officer; ordering that plaintiff must provide a one-to-one aide to defendant at his private school; and directing that no costs or disbursements are awarded to either party; it is

      ORDERED and ADJUDGED that plaintiff's school district's appeal is dismissed; that the decision of the State Review Officer is affirmed; that plaintiff must provide a one-to-one aide to defendant at his private school; and that no costs or disbursements are awarded to either party.

Dated: Brooklyn, New York
       May 18, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court